NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERESA A. MCVICKER, P.C.,**
*Appellant,*

**v.**

**JOHN MCHUGH, Secretary of the Army,**
*Appellee.*

---

2013-1125

---

Appeal from the Armed Services Board of Contract Appeals in No. 57653, Administrative Judge Jack Delman.

---

## JUDGMENT

---

RALPH C. THOMAS, III, Barton, Baker, Thomas & Tolle, LLP, of McLean, Virginia, argued for appellant.

DOMENIQUE KIRCHNER, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Stuart F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E.

DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 July 17, 2013       /s/  Daniel  E.  O'Toole
Date         Daniel  E.  O'Toole
          Clerk